**MIN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| XIAOYOU LYU, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-2310-HE |
| | ) | |
| CHRIS GANTT, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Xiaoyou Lyu, a native and citizen of People's Republic of China who is proceeding *pro se*, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging the legality of his detention by United States Immigration and Customs Enforcement (ICE). He is currently detained at Cimarron Correctional Facility in Cushing, Oklahoma.

In his petition, petitioner asserts ICE has detained him under 8 U.S.C. § 1225(b)(2)(A) rather than under 8 U.S.C. § 1226(a). He requests the court order respondents to provide him a bond hearing under 8 U.S.C. § 1226(a) within seven days or release him if no lawful hearing is provided within that time.

As ordered, the federal respondents have responded to the petition. While not waiving appellate review or making any concessions, the federal respondent acknowledges the Tenth Circuit's recent decision in Santillan Quiroz v. Mullin, 180 F.4th 1226 (10th Cir. 2026), controls this matter. They request any order be limited to ordering a bond hearing within seven days or else release petitioner.

Upon review, the court agrees that the Santillan Quiroz decision controls. The court concludes petitioner's detention is governed by 8 U.S.C. § 1226(a), rather than 8 U.S.C. § 1225(b)(2)(A), and petitioner is entitled to a bond hearing pursuant to § 1226(a). The court will grant the petition to the extent it seeks habeas relief and will order respondents to provide petitioner with a bond hearing pursuant to § 1226(a) within seven (7) days or otherwise release him if no hearing is held within that time.[1]

Accordingly, the petition for writ of habeas corpus under 28 U.S.C. § 2241 is **GRANTED** to the extent it seeks habeas relief. Respondents are **ORDERED** to provide petitioner with a bond hearing under 8 U.S.C. § 1226(a) within **seven (7) days** or otherwise release petitioner if he has not received a lawful bond hearing within that period.

Respondents are further **ORDERED** to certify compliance by filing a status report within **ten (10) days** of the court's order.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 29th day of September, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE

[1] *See Santillan Quiroz, 180 F.4th at 1251 n. 13 ("Because [petitioner] can properly be subject to detention under § 1226(a), [], the district court shall order the Government to, within seven days of such order, either provide him with a bond hearing or else release him.")*